UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6729 JHN (FFM) | Date | June 13, 2012 |
|---|---|---|---|
| Title | STEVEN ERIC McKNEIALY v. CENTRAL DISTRICT OF CALIFORNIA | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 3, 2012, this Court entered an order granting the petitioner three days within which to (1) confirm that he wished to dismiss the instant petition in its entirety; (2) file a second amended petition that deleted the unexhausted Ground Six; or (3) file a motion seeking to stay these proceedings pending exhaustion of petitioner's unexhausted claims. The Court reminded petitioner that if he sought a stay, he must demonstrate that: (1) there was good cause for his failure to exhaust his claims in state court; (2) the unexhausted claims are potentially meritorious and (3) he did not engage in intentionally dilatory litigation tactics.

As of this date, petitioner has not complied with the Court's directive. Instead, on May 31, 2012, petitioner filed a document stating that he intended to seek exhaustion of Ground Six in the California Supreme Court.

Given the foregoing circumstances, the Court orders petitioner to show cause within 30 days of the date of this order why Ground Six should not be dismissed for being unexhausted. If petitioner seeks a stay of these proceedings, pending his exhaustion of Ground Six, he must file a motion requesting such stay within 30 days of the date of this order. Any such motion must comply with the requirements set forth above.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |