UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC McKNEIALY, | No. CV 11-6729 MWF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| KATHLEEN ALLISON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 3, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge